**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-6572

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

YOLANDA VIOLA BURGESS,

Defendant - Appellant.

———————

No. 06-6859

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

YOLANDA VIOLA BURGESS,

Defendant - Appellant.

———————

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:00-cr-00162-LMB-1)

Submitted: July 20, 2006                          Decided: July 27, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Yolanda Viola Burgess, Appellant Pro Se.  Kimberly A. Riley, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yolanda Viola Burgess appeals the district courts orders denying relief on her writs of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Burgess</u>, No. 1:00-cr-00162-LMB-1 (E.D. Va. Mar. 13, 2006; Apr. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>